IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01779-KMT-MEH

CHRISTOPHER WELLS,

      Plaintiff,

v.

LOJACK CORPORATION,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2010.**

      Defendant's Unopposed Motion for Permission to Participate in Settlement Conference Via Telephone [filed November 8, 2010; docket #21] is **granted**. Defendant's insurance representative is permitted to participate in the settlement conference set for November 16, 2010, at 10:00 a.m. by telephone. Counsel for Defendant and Defendant's representative must appear for the conference in person.

      Counsel for Defendant must ensure that Defendant's insurance representative is available by telephone throughout the entirety of the conference. Additionally, the Court emphasizes to the parties that in its experience, cases may require more than one session to complete a settlement. Should this case not settle at the conference on November 16, 2010, the Court will likely hold a subsequent conference and, in that event, would likely require all parties to be present in person.