IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01779–KMT–MEH

CHRISTOPHER WELLS,

    Plaintiff,

v.

LOJACK CORPORATION,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

Upon review of the Parties' Stipulated Motion to Dismiss with Prejudice, this Court hereby GRANTS the Motion. This matter is considered dismissed with prejudice, each party to bear its own costs and fees.

Dated this 20th day of December, 2010.

BY THE COURT:

*/s/ Kathleen M. Tafoya*

Kathleen M. Tafoya
United States Magistrate Judge